80,579-01

Dear, Clerk                                    2-21-15

yes,

At this time I am Attempting to Hopefully get my Case Restarted. And I was told that I should Contact you, to Request Certified Copies of All my Documents That were sent to you (That Court)

As well As Request All Documents That you sent to me.

I Thank you for your Help And Time in This matter., Respectfully

Nicky Peña
#1427157

WR-80,579-01

Trial Court No. 2006CR0486C-W1

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk